```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

MANUEL G. HOOKER                                      CIVIL ACTION

VERSUS                                                NUMBER: 10-1624

LYNN COOPER                                           SECTION: "S"(5)

<u>**ORDER**</u>

The Court, having considered the petition, the record, the applicable law and the Superceding Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Superceding Report and Recommendation, hereby approves the portion of the Superseding Report and Recommendation regarding timeliness, and adopts that portion of the Superceding Report and Recommendation as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Manuel Hooker for issuance of a writ of *habeas corpus* under 28 U.S.C. §2254, is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this 30th day of March, 2011.

*[signature]*
UNITED STATES DISTRICT JUDGE